UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICCARDO GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH SEATTLE COMMUNITY COLLEGE,<br><br>    Defendant. | Case No. C05-129TSZ<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF RICCARDO GREEN , and on behalf of DEFENDANT NORTH SEATTLE COMMUNITY COLLEGE in the amount of $1,323.25 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   DEPOSITION COSTS | $2,745.25 | $1,462.00 | $1,283.25 |

Clerk allowed as taxable cost those expenses incurred for court reporter. Portion of the deposition transcript was submitted with summary judgment motion. Costs for video deposition was not allowed since it was not actually used by counsel.

| | | | |
|---|---|---|---|
| II.  COPYING AND PRINTING | $125.25 | $105.25 | $20.00 |

The amount allowed by the clerk represents estimate of copying and printing costs directly associated with filing motion for summary judgment.

| | | | |
|---|---|---|---|
| III. DOCKET FEE | $20.00 | 0 | $20.00 |

TAXATION OF COSTS -- 1

The granting of in forma pauperis status for initiating an action does not prevent a prevailing party from seeking and obtaining costs.

Dated this ___1st___ day of JUNE, 2006 .

*Bruce Rifkin (signature)*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2